**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE M. NAULT,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No 2:19-cv-00038-GMN-BNW<br><br>FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND |

Comes now Plaintiff, by and through her attorney, JOSHUA R. HARRIS, ESQ., and requests a THIRTY-TWO (32) calendar day extension of time, to file the **MOTION TO FOR REMAND,** up to and including June 3, 2019.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is May 2, 2019.

On May 1, 2019, the Appellate Attorney Writer was informed of a May 2, 2019, hearing in another case, thereby preventing the completion of the Motion.

Via email on May 2, 2019, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a THIRTY-TWO (32) calendar day extension of time to file the **MOTION FOR REMAND** up to and including June 3, 2019.

DATED this 2nd day of May, 2019.　　　　　DATED this 2nd day of May, 2019.

/s/ *Joshua R. Harris*　　　　　　　　　/s/ *Michael K. Marriott*
**JOSHUA HARRIS, ESQ.**　　　　　　　Michael K. Marriott
Nevada State Bar No. 9580　　　　　　　Assistant Regional Counsel
Richard Harris Law Firm　　　　　　　　Social Security Administration
801 S Fourth St.　　　　　　　　　　　 Office of the General Counsel, Region IX
Las Vegas NV 89101　　　　　　　　　　160 Spear Street, Suite 800
Ph: (702) 444-4392　　　　　　　　　　 San Francisco, CA 94105
Fax: (702) 444-4455　　　　　　　　　　Telephone: 415-977-8985
Email: josh@richardharrislaw.com　　　　Facsimile: 415-744-0134
Attorney for Plaintiff　　　　　　　　　 Email: Michael.Marriott@ssa.gov
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 6, 2019