**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE M. NAULT,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No 2:19-cv-00038-GMN-BNW<br><br>MOTION FOR SECOND EXTENSION OF TIME TO FILE MOTION FOR REMAND |

Comes now Plaintiff, by and through her attorney, JOSHUA R. HARRIS, ESQ., and requests a SEVEN day (7) calendar day extension of time, to file the **MOTION TO FOR REMAND,** up to and including June 10, 2019.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is June 3, 2019.

The Appellate Attorney Writer's brief writing calendar has been overloaded and we graciously would appreciate this small extension.

We were not able to timely communicate with opposing counsel, but opposing counsel has typically never had an objection to a request for an extension.

It is therefore respectfully requested that Plaintiff be granted a SEVEN day (7) calendar extension of time to file the **MOTION FOR REMAND** up to and including June 10, 2019.

DATED this 2nd day of May, 2019.

/s/ *Joshua R. Harris*
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
Richard Harris Law Firm
801 S Fourth St.
Las Vegas NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

I, NOEL S. ANSCHUTZ, hereby certify that I caused a copy of MOTION FOR SECOND EXTENSION OF TIME TO FILE MOTION FOR REMAND
to be serviced, via CM/ECF notification, on:

Michael K. Marriott
Assistant Regional Counsel
Social Security Administration
Office of the General Counsel, Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415-977-8985
Facsimile: 415-744-0134
Email: Michael.Marriott@ssa.gov
  Attorney for Defendant

The court having received defendant's Non-Opposition hereto (ECF No. 19),
IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 6, 2019