| | |
|---|---|
| 1 | NICHOLAS A. TRUTANICH |
|   | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
|   | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
|   | MICHAEL K. MARRIOTT, CSBN 280890 |
| 4 | Special Assistant United States Attorney |
| 5 |     160 Spear Street, Suite 800 |
|   |     San Francisco, California 94105 |
| 6 |     Telephone: (415) 977-8985 |
|   |     Facsimile: (415) 744-0134 |
| 7 |     E-Mail: Michael.Marriott@ssa.gov |
| 8 | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### LAS VEGAS DIVISION

| | |
|---|---|
| MICHELLE M. NAULT, | ) Case No: 2:19-cv-00038-GMN-BNW |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION FOR EXTENSION OF** |
| v. | ) **TIME TO FILE DEFENDANT'S CROSS** |
| | ) **MOTION TO AFFIRM** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) **(First Request)** |
| | ) |
| Defendant. | ) |
| | ) |

      Defendant Andrew Saul, Commissioner of Social Security, hereby requests an extension of time of thirty days, from July 10, 2019, to August 9, 2019, to prepare and file his cross motion to affirm. This is the Commissioner's first request for an extension. Defendant respectfully requests this extension of time because of a very heavy workload, including over ninety (90) active cases in district court.

      On July 8, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

-1-

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| Date: | July 8, 2019 | | RICHARD HARRIS LAW FIRM |
| | | By: | /s/ Joshua R. Harris*  |
| | | | Joshua R Harris |
| | | | (*By email authorization) |
| | | | Attorney for Plaintiff |
| Date: | Jul 8, 2019 | | NICHOLAS A. TRUTANICH |
| | | | United States Attorney |
| | | By: | /s/ Michael K. Marriott |
| | | | MICHAEL K. MARRIOTT |
| | | | Assistant Regional Counsel |
| | | | Attorneys for Defendant |

IT IS SO ORDERED.

DATE: July 10, 2019

_____
HONORABLE BRENDA WEKSLER
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

    Joshua R Harris
    Richard Harris Law Firm
    801 South Fourth Street
    Las Vegas, NV 89101
    Email: josh@richardharrislaw.com

Date:  July 8, 2019                  NICHOLAS A. TRUTANICH
                                     United States Attorney

                            By:   */s/ Michael K. Marriott*
                                   MICHAEL K. MARRIOTT
                                   Assistant Regional Counsel

                                   Attorneys for Defendant